UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Atrium Companies Inc.
                Plaintiff(s),

      -against-

Unite Here!, Southwest Regional
Joint Board, Workers United, an affiliate of
Service Employees International Union
                Defendant(s).
--------------------------------------------------------X

09cv8265(GBD)
INITIAL PRETRIAL
CONFERENCE

TO:    The Attorney(s) for Plaintiff(s):

      This case has been designated an electronic case and has been assigned to this court for all purposes. Counsel for all parties are required to promptly register as filing "USERS" in accordance with the procedure for Electronic Case Filing.

      Counsel for all parties are hereby directed to attend a conference at the time and place fixed below, and to furnish chambers with a copy of any transmittal letter(s). If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

      An Initial pretrial conference will be held on **Thursday, November 12, 2009 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 21D.

      No application for adjournment will be considered unless made within one week of the date of this application.

Dated: New York, New York
          October 21, 2009

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge