UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ATRIUM COMPANIES, INC.,

                      Plaintiff,                  09 Civ. 8265

        – against –                  [N.D. Tx. No. 3-09-cv-0987-K]

UNITE HERE! and SOUTHWEST         **NOTICE OF APPEARANCE**
REGIONAL JOINT BOARD, WORKERS
UNITED, an affiliate of Service Employees
International Union,

                    Defendants.

-----------------------------------------------------------------x

    PLEASE TAKE NOTICE that on behalf of Defendant Southwest Regional Joint Board, Workers United, an affiliate of Service Employees International Union, the undersigned attorneys appear as counsel of record.

    PLEASE TAKE FURTHER NOTICE that all notices, pleadings, and related documents required to be served upon Defendants in this case, be served upon the undersigned:

Dated: New York, New York
       October 26, 2009

                                                  KENNEDY, JENNIK & MURRAY, P.C.
                                                  *Attorneys for the Southwest Regional Joint Board, Workers United, an Affiliate of Service Employees International Union*

                                                   */s/ Thomas M. Kennedy*
                                                   */s/ Susan M. Jennik*
                                                   Thomas M. Kennedy (TK-0993)
                                                   Susan M. Jennik (SJ-4607)
                                                   113 University Place, 7th Floor
                                                   New York, NY 10003
                                                   (212) 358-1500 / Fax (212) 358-0207
                                                   tkennedy@kjmlabor.com
                                                   sjennik@kjmlabor.com